UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JOSEPH SNOW, | No. 2:22-cv-00458-TLN -AC |
| Plaintiff, | |
| v. | **ORDER** |
| DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 16, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty one days. (ECF No. 3.) Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

1. The Findings and Recommendations filed March 16, 2022, (ECF No. 3), are adopted in full; and

2. The Complaint (ECF No. 1) is DISMISSED with prejudice under 28 U.S.C. § 1951(e)(2) for lack of federal jurisdiction.

**DATED:  May 20, 2022**

                                                     Troy L. Nunley
                                                     United States District Judge

2