UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JOSEPH SNOW,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>   Defendants. | No.  2:22-cv-00458-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding pro se and in forma pauperis, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 16, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 3.)  Plaintiff did not file any objections.  The findings and recommendations, which recommended dismissal of this case with prejudice for lack of jurisdiction, were adopted and judgment was accordingly entered.  (ECF Nos. 4, 5.)

The recommendation that dismissal be with prejudice was in error, and following an appeal to the Ninth Circuit, this case was remanded to this Court for the sole purpose of amending the judgment to state that dismissal is without prejudice.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on March 16, 2022 (ECF No. 3), are ADOPTED IN FULL except as to the recommendation that dismissal be with prejudice;
2. Plaintiff's complaint (ECF No. 1) is DISMISSED with without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: April 10, 2024

_____
Troy L. Nunley
United States District Judge

2